## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM McGHEE and CRYSTAL
KERIN, individually and on behalf of all
others similarly situated,

                Plaintiffs,

        v.

TOMS KING, LLC; TOMS King
(Services), LLC; TOMS KING (Penn),
LLC;

                Defendants.

Case No. 2:19-cv-01470-RJC

### JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs, William McGhee and Crystal Kerin, and Defendants, TOMS King, LLC, TOMS King (Services), LLC, and TOMS KING (Penn), LLC (collectively, "the Parties") respectfully move this Court for entry of an Order:

(1)    approving the settlement set forth in the Parties' Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit 1 to the Declaration of Jason Conway;

(2)    approving the distribution of payments to Plaintiffs and the putative members of the RM and RGMIT collectives (as defined in the Settlement Agreement), as well as the payment of attorney's fees, costs, and expenses to Plaintiffs' counsel;

(3)    dismissing this action with prejudice; and

(4)    retaining jurisdiction over this matter for three (3) months for the limited purpose of enforcing the Settlement Agreement.

The settlement satisfies all criteria for approval of a Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* collective action because it resolves a *bona fide* dispute between the Parties and was

reached as a result of arm's-length settlement negotiations conducted by an experienced mediator involving counsel well-versed in employment law.

Dated: August 9, 2021                    Respectfully submitted,


_s/ Jason Conway_                        _s/ Gregory W. Guevara (w/ permission)_
Jason Conway (PA 317113)                 Gregory W. Guevara (IN #16728-49)
Conway Legal, LLC                        Elizabeth A. Roberge (IN #17139-49)
1700 Market Street, Suite 1005           BOSE McKINNEY & EVANS LLP
Philadelphia, PA 19103                   111 Monument Circle, Suite 2700
(215) 278-4782; (215) 278-4807 (Fax)     Indianapolis, IN 46204
jconway@conwaylegalpa.com                (317) 684-5000; (317) 684-5173 (Fax)
                                         gguevara@boselaw.com
Daniel C. Levin (PA 80013)               ERoberge@boselaw.com
Levin, Sedran & Berman
510 Walnut Street                        Jeffrey A. Bauer (OH #0084506)
Philadelphia, PA 19106                   HAHN LOESER & PARKS LLP
(215) 592-1000; (215) 592-4663 (Fax)     200 Public Square, Suite 2800
dlevin@lfsblaw.com                       Cleveland, OH 44114
                                         (216) 621-0150; (216) 241-2824 (Fax)
**Attorneys for Plaintiffs and the RM and**   jabrauer@hahnlaw.com
**RGMIT Collectives**
                                         **Attorneys for Defendants**


## CERTIFICATE OF SERVICE

I certify that, on August 9, 2021, I caused a true and correct copy of the aforementioned document to be served on all counsel of record in this matter through operation of the Court's CM/ECF system.

                              _s/ Jason Conway_
                              Jason Conway


2