IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM McGHEE and CRYSTAL KERIN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>TOMS KING, LLC; TOMS King (Services), LLC; TOMS KING (Penn), LLC;<br><br>                Defendants. | Case No. 2:19-cv-01470-RJC |

**ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT**

AND NOW, this _8th_ day of _September_, 2021, after consideration of the Parties' Joint Motion for Approval of Settlement, and the Court having reviewed said Motion and being duly advised in the premises, now finds that the Motion should be **GRANTED**. It is accordingly **ORDERED** that:

1. Pursuant to 29 U.S.C. § 216(b), the settlement is a fair and reasonable resolution of a *bona fide* dispute between the Parties and is **APPROVED**.

2. The Court **APPROVES** payment of the Gross Settlement Amount (as that term is defined in the Joint Stipulation of Settlement and Release ("Settlement Agreement")), including the payment of service awards to the named Plaintiffs, and **GRANTS** Collective Action Counsel's request for payment of attorney's fees, costs, and expenses. Such sums shall be paid and distributed in accordance with the terms of the Settlement Agreement.

3. This action is dismissed with prejudice. The Court shall retain jurisdiction over this matter for three (3) months for the limited purpose of enforcing the Settlement Agreement.

By the Court:

_[signature]_
United States District Judge